United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| MELISSA GARCIA, *for R.G.*,<br>    "Plaintiff," | §<br>§<br>§ |
| v. | § |
| | § Civil Action No. 1:24-cv-00155 |
| MICHELLE KING, et al.<br>    "Defendants." | §<br>§<br>§<br>§ |

## ORDER

Before the Court is the Magistrate Judge's "Report and Recommendation in Support of Remand to Social Security Administration" (Dkt. No. 18) ("R&R"). The R&R recommends that the Court **REVERSE** the final decision of the Social Security Administration denying benefits and **REMAND** this case to the Social Security Administration for additional proceedings consistent with the R&R.

Objections to the R&R were due September 26, 2025. No objections were filed. If there have been no objections to the Magistrate's ruling, the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 18) is **ADOPTED**. The final decision of the Social Security Administration denying benefits is **REVERSED** and this case is **REMANDED** to the Social Security Administration for additional proceedings consistent with the R&R.

Signed on this 1st day of October 2025.

Rolando Olvera
United States District Judge